UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:13-MJ-1114M-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Sarah E. Collins** | ) | |

On March 11, 2014, Sarah E. Collins appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired - Level 5, in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on June 30, 2014, the court finds as a fact that Sarah E. Collins, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to perform community service.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 35 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 30th day of June, 2014.

Robert B. Jones, Jr.
U.S. Magistrate Judge